UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                             Case No. 14-CV-1328

PAUL EGGERT,
JESSICA A. NELSON,
THE PACESETTER CORPORATION,
DISCOVER BANK,
DISCOVER BANK, ISSUER OF THE
DISCOVER CARD,
NORTHSTAR COOPERATIVE, INC.,
PIONEER CREDIT UNION,
RAYMAKERS,
NORTHLINE INDUSTRIES, INC.,
AGVENTURES, LLC,
LARSEN COOPERATIVE COMPANY,
P&D SALES & SERVICE, LLC,
INVESTORS COMMUNITY BANK,
MARATHON FEED, INC.,
PHI FINANCIAL SERVICES,

        Defendant.

## ORDER

The Court has been informed that this action must be stayed because the defendant has filed bankruptcy.

IT IS THEREFORE ORDERED that, because there appears to be no reason at this time, due to the filing of a bankruptcy by Paul Eggert, to maintain the file as an open one for statistical purposes, the Clerk of Court is instructed to submit a JS-6 form to the Administrative Office, thereby closing the case for statistical purposes.

IT IS FURTHER ORDERED that nothing in this order shall be considered a dismissal or disposition of this matter, and any party may reopen the case at any time by advising the Court and the opposing parties in writing that it is ready to proceed with the case and that the automatic stay under the bankruptcy is no longer in effect.

Dated this 16th day of December, 2014.

                                                s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court